

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00226-CV

| | | |
|---|---|---|
| $214.00 U.S. Currency, 1995 Chevrolet, and Firearm With Ammunition | § | From 297th District Court |
| | § | of Tarrant County (S-11299) |
| v. | § | April 2, 2015 |
| The State of Texas | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse the portion of the trial court's judgment forfeiting $214.00 in U.S. currency and the alleged firearm with ammunition and render judgment that the State take nothing on its claim to the $214.00 in U.S. currency and the alleged firearm and ammunition. We affirm the portion of the trial court's judgment forfeiting the 1995 Chevrolet to the State.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker